No. 82–713. THURSTON MOTOR LINES, INC. *v.* JORDAN K. RAND, LTD., *ante*, p. 533. Motion to substitute Blackburn Truck Lines, Inc., as party petitioner in place of Thurston Motor Lines, Inc., denied without prejudice to consideration of the motion by the United States Court of Appeals for the Ninth Circuit on remand.

No. 82–940. HISHON *v.* KING & SPALDING. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of the parties to unseal the record granted.

No. 82–973. IMMIGRATION AND NATURALIZATION SERVICE *v.* STEVIC. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1010.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 82–6164. IN RE JOHNSON. Petition for writ of mandamus denied.

No. 82–898. MINNESOTA STATE BOARD FOR COMMUNITY COLLEGES *v.* KNIGHT ET AL.; and

No. 82–977. MINNESOTA COMMUNITY COLLEGE FACULTY ASSN. ET AL. *v.* KNIGHT ET AL. Appeals from D. C. Minn. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 82–960. NATIONAL LABOR RELATIONS BOARD *v.* CITY DISPOSAL SYSTEMS, INC. C. A. 6th Cir. Certiorari granted.